

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NMA:LKG/KDE
F.#2016R01033

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 7, 2016

By ECF

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    In re. Motion to Close Courtroom
                Misc. Docket No. 16-2750

Dear Judge Kuo:

        A proceeding in the above referenced-case is scheduled for November 9, 2016 before Your Honor.  The government respectfully submits under separate cover a motion and proposed order to close the courtroom for the proceeding and requests, for reasons set forth therein, that the motion and any order entered by the Court be filed under seal.  Counsel for the defendant has been advised and provided with a copy of this letter and the enclosed motion and proposed order.

The government further writes to confirm that a public hearing on the motion to close the courtroom has been scheduled before Your Honor for November 9, 2016 at 12:00 p.m.

        Respectfully submitted,

        ROBERT L. CAPERS
        United States Attorney

By:      /s/
        Keith D. Edelman
        Assistant U.S. Attorney
        (718) 254-6328